UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN AXTELL et al.,<br><br>         Plaintiffs,<br>   v.<br><br>ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br><br>         Defendant. | CASE NO. 2:24-cv-00081-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 18. Pursuant to the parties' stipulation, it is hereby ORDERED that all claims that were or could have been asserted by the parties in this matter are dismissed with prejudice, and each party shall bear its own costs and fees incurred. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 6th day of September, 2024.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1